IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Michael Barnes, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION<br>No. 24-757 |
| v. | : : | |
| Resources for Human Development, Inc., | : : | |
| Defendant. | : | |

### **ORDER**

**AND NOW**, this 24th day of October, 2024, Defendant RHD's Motion to Dismiss (ECF No. 9) is **DENIED**.

                                                      s/ ANITA B. BRODY, J.
                                                      ANITA B. BRODY, J.